[Civ. No. 1856. Third Appellate District.—June 27, 1918.]

## HENRY KROHN et al., Appellants, v. RECLAMATION DISTRICT No. 17 et al., Respondents.

RECLAMATION DISTRICT—PAYMENTS UNDER VOID ASSESSMENT—RIGHT TO CREDIT—MANDAMUS.—Judgment affirmed on the authority of *Spurrier et al.* v. *Neumiller, etc., ante,* p. 683.

APPEAL from a judgment of the Superior Court of San Joaquin County. John Hancock, Judge Presiding.

The facts are similar to those stated in *Spurrier et al.* v. *Neumiller, etc., ante,* p. 683, [174 Pac. 338].

D. V. Marceau, John A. Wilson, and S. M. Spurrier, for Appellants.

George F. Buck, and Clary & Louttit, for Respondents.

BURNETT, J.—This action was brought to prevent the sale of the property of plaintiffs to enforce the lien of a reclamation tax and is a companion case to *Spurrier* v. *Neumiller, etc., ante,* p. 683, [174 Pac. 338]. It is conceded that the decisive question is the same in the two appeals, and that is, whether the land should be credited with the payment of said invalid assessment. Having reached the conclusion that the lower court was correct in holding that no such credit should be given, it follows that we should affirm the judgment in this case, and it is so ordered.

Chipman, P. J., and Hart, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on August 26, 1918.